UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| RONALD SCHWARY | CASE NO. 2:23-cv-00232-JCZ-KWR |
|---|---|
| VS. | JUDGE JAY C. ZAINEY |
| GEOVERA SPECIALTY INSURANCE COMPANY | MAGISTRATE JUDGE KAREN WELLS ROBY |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Ronald Schwary and Defendant GeoVera Specialty Insurance Company hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Therefore, the entirety of Plaintiff's claims and causes of action against GeoVera Specialty Insurance Company are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this 18th day of December 2023.

Respectfully submitted,

**IRPINO, AVIN & HAWKINS LAW FIRM**

*/s/ J. Benjamin Avin*
**ANTHONY D. IRPINO (#24727)**
airpino@irpinolaw.com
**J. BENJAMIN AVIN (#34884)**
bavin@irpinolaw.com
**J. REED POOLE, JR. (#34034)**
rpoole@irpinolaw.com
2216 Magazine Street
New Orleans, Louisiana 70130
Telephone:   (504) 525-1500
Facsimile:   (504) 525-1501
***Signed with permission*

**and**

1

                                     **THOMPSON, COE, COUSINS & IRONS, LLP**

                                     */s/Christopher W. Kaul*
                                     Christopher W. Kaul (#33213)
                                     Jacob A. Lasley (#39433)
                                     Jared Landon Shurman (#40048)
                                     601 Poydras Street, Suite 1850
                                     New Orleans, Louisiana 70130
                                     Telephone: (504) 526-4337
                                     Facsimile: (504) 526-4310
                                     Email: CKaul@thompsoncoe.com
                                                     Jlasley@thompsoncoe.com
                                                     JShurman@thompsoncoe.com
                                   **COUNSEL FOR DEFENDANT GEOVERA**
                                   **SPECIALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

    I hereby certify that to the best of my knowledge all counsel of record consent to and participate in receiving electronic notification from the CM/ECF system, and that the Clerk of the Court for the Eastern District of Louisiana, using the CM/ECF system, will electronically send notification of the filing of this pleading to all counsel of record.

                                       s/ *Christopher W. Kaul*
                                       Christopher W. Kaul