## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| RONALD SCHWARY | CASE NO. 2:23-cv-00232-JCZ-KWR |
|---|---|
| VS. | JUDGE JAY C. ZAINEY |
| GEOVERA SPECIALTY INSURANCE COMPANY | MAGISTRATE JUDGE KAREN WELLS ROBY |

### ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, the Court was presented with the Agreed Joint Motion to Dismiss with Prejudice. The Court, after being informed by Plaintiff Ronald Schwary and Defendant GeoVera Specialty Insurance Company that the parties have reached an amicable settlement, finds the stipulation should be **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED,** that the above-styled and numbered cause and any and all causes of action asserted herein are hereby **DISMISSED WITH PREJUDICE** and that each party shall bear their own costs of the Court.

SIGNED THIS 19th OF DECEMBER 2023.

_____
DISTRICT COURT JUDGE